1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX            **MDL NO. 1699**
    MARKETING SALES PRACTICES AND         **District Judge: Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *James Alan Bell vs. G.D. Searle LLC, et al.*   **AMENDED STIPULATION AND**
    (05-4450 CRB)                                   **ORDER OF DISMISSAL WITH**
16                                                  **PREJUDICE**

17  *James Rogers Fanning vs. G.D. Searle LLC, et al.*
    (05-4453 CRB)
18

19  *John J. Driscoll vs. Pfizer Inc, et al.*
    (05-4584 CRB)

20  *Barbara Clem vs. G.D. Searle LLC, et al.*
    (05-4736 CRB)
21

22  *Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*
    (05-5360 CRB)

23  *Johnny Edwards vs. Pfizer Inc, et al.*
    (06-1914 CRB)
24

25  *William Crowley vs. Pfizer Inc*
    (06-2668 CRB)

26  *Connie B. Anderson vs. Pfizer Inc, et al.*
    (06-2784 CRB)
27

28  *Tracy Baral vs. Pfizer Inc, et al.*
    (06-2912 CRB)

                          -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2   *Willevene Gruver, et al. vs. Pfizer Inc, et al.*
    (06-2940 CRB)

3   *Michael Castle, et al. vs. Pfizer Inc, et al.*
    (06-3061 CRB)
4
    *Henry Anderson vs. Pfizer Inc, et al.*
5   (06-3418 CRB)

6   *Carolyn Chasteen vs. Pfizer Inc, et al.*
    (06-3433 CRB)
7
    *James Craig vs. Pfizer Inc, et al.*
8   (06-3554 CRB)

9   *Connie Akridge vs. Pfizer Inc, et al.*
    (06-3555 CRB)
10
    *Faye Cochran vs. G.D. Searle LLC, et al.*
11  (06-3654 CRB)

12  *Herbert R. Gorham vs. G.D. Searle LLC, et al.*
    (06-3657 CRB)
13
    *David Dobbins vs. Pfizer Inc, et al.*
14  (06-3950 CRB)

15  *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.*
    (06-4012 CRB)
16
    *Jerry Goodman vs. Pfizer Inc, et al.*
17  (06-4013 CRB)

18  *Gene N. Gordon vs. G.D. Searle LLC, et al.*
    (06-4294 CRB)
19
    *Alyce B. Elliott vs. Pfizer Inc, et al.*
20  (06-4419 CRB)

21  *Roger D. Conner vs. G.D. Searle LLC, et al.*
    (06-4483 CRB)
22
    *Elaine Givens vs. Pfizer Inc, et al.*
23  (06-4608 CRB)

24  *Shelia Adams, et al. vs. Pfizer Inc, et al.*
    (06-5040 CRB)
25
    *Veronica Grice, et al. vs. Pfizer Inc, et al.*
26  (06-5385 CRB)

27  *Jeffery L. Davis vs. Pfizer Inc, et al.*
    (06-7009 CRB)
28

-2-

1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.*
(06-7523 CRB)

2

3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.*
(06-7524 CRB)

4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.*
(06-7770 CRB)

5

6 | *Christene Canada vs. Pfizer Inc, et al.*
(06-7771 CRB)

7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.*
(06-7772 CRB)

8

9 | *Dannie Graham vs. Pfizer Inc, et al.*
(06-7774 CRB)

10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.*
(06-7775 CRB)

11

12 | *Michael Fisher vs. Pfizer Inc, et al.*
(07-0761 CRB)

13 | *George S. Chiotakis vs. Pfizer Inc, et al.*
(07-0860 CRB)

14

15 | *Ricky Estep vs. Pfizer Inc, et al.*
(07-0971 CRB)

16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.*
(07-1124 CRB)

17

18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.*
(07-1356 CRB)

19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.*
(07-1371 CRB)

20

21 | *Richard L. Bowden vs. Pfizer Inc, et al.*
(07-1375 CRB)

22 | *Betty Grulke vs. Pfizer Inc, et al.*
(07-1768 CRB)

23

24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.*
(07-1874 CRB)

25 | *Phyllis Buonopane vs. Pfizer Inc, et al.*
(07-2026 CRB)

26

27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.*
(07-3034 CRB)

28 | *Betty Lou Bass vs. Pfizer Inc, et al.*

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1 | (07-3643 CRB)

2 | *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
  | (07-3646 CRB)

3

4 | *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
  | (07-3955 CRB)

5 | *Helen Alexander, et al. vs. Pfizer Inc, et al.*
  | (07-4382 CRB)

6

7 | *James Dauphinais, et al. vs. Pfizer Inc, et al.*
  | (07-4983 CRB)

8 | *James Darty vs. G.D. Searle LLC, et al.*
  | (07-5399 CRB)

9

10 | *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
   | (07-5590 CRB)

11 | *Morris Adams, et al. vs. Pfizer Inc, et al.*
   | (07-5591 CRB)

12

13 | *Peter Fos vs. Pfizer Inc, et al.*
   | (07-5685 CRB)

14 | *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
   | (07-5703 CRB)

15

16 | *Vivian Cobb vs. Pfizer Inc, et al.*
   | (08-0257 CRB)

17 | *Roberta Bowman vs. Pfizer Inc, et al.*
   | (08-0303 CRB)

18

19 | *Harriet Bratcher vs. Pfizer Inc, et al.*
   | (08-0795 CRB)

20 | *Olive Beebe, et al. vs. Pfizer Inc, et al.*
   | (08-0977 CRB)

21

22 | *Ramond Beaver vs. Pfizer Inc, et al.*
   | (08-1015 CRB)

23 | *Robert Colman vs. Pfizer Inc, et al.*
   | (08-1016 CRB)

24

25 | *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
   | (08-1224 CRB)

26 | *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
   | (08-1351 CRB)

27

28 | *Tim Gray vs. Pfizer Inc, et al.*
   | (08-1434 CRB)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1

2 *Owen L. May, et al. vs. Pfizer Inc, et al.*
(08-1590 CRB)

3 *Ronald Carr, et al. vs. Pfizer Inc, et al.*
(08-1591 CRB)

4
*Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5 (08-1746 CRB)

6 *Earnest Colvin vs. Pfizer Inc, et al.*
(08-2470 CRB)

7
*Velma Burt vs. Pfizer Inc, et al.*
8 (08-2471 CRB)

9 *Sarah Benton vs. Pfizer Inc, et al.*
(08-2605 CRB)

10
*Lawanda Bell vs. Pfizer Inc, et al.*
11 (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

13 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

14 stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

15 each side bearing its own attorneys' fees and costs.

16

17

18

19

20

21

22      DATED: 10/29/2009      By: Navan Ward F.

23

24      **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
218 Commerce Street
25      P.O. Box 4160
Montgomery, Alabama 36103
26      Telephone: 334-269-2343
Facsimile: 334-954-7555

27
*Attorneys for Plaintiffs*

28

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1    DATED: Oct. 29, 2009      By: _____

2

3                                  **DLA PIPER LLP (US)**
                                   1251 Avenue of the Americas
4                                  New York, New York 10020
                                   Telephone: 212-335-4500
5                                  Facsimile: 212-335-4501

6                                  *Defendants' Liaison Counsel*

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
9    IT IS SO ORDERED.**

10

11   Dated: NOV 1 3 2009

12                                 Hon. Charles R. Breyer
                                   United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   -6-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
                                   EAST\42595197.1